[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-12413
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-00241-CG-N-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMON RASHAUN BLACK,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(December 6, 2017)

Before MARCUS, ROSENBAUM and NEWSOM, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Raymon Rashaun Black in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Black's conviction and sentence are **AFFIRMED**.